1060

[Nos. 39716-8-I; 43050-5-I.   Division One.   June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN DARBY McDONALD, *Appellant*.

*In the Matter of the Personal Restraint of* STEVEN DARBY McDONALD, *Petitioner.*

Appeal from a judgment of the Superior Court for Skagit County, No. 96-1-00064-6, Michael F. Moynihan, J., entered November 20, 1996, together with a petition for relief from personal restraint. Judgment *reversed* and petition *dismissed* by unpublished opinion per Agid, A.C.J., concurred in by Becker and Appelwick, JJ. Now published at 96 Wn. App. 311.

[No. 41128-4-I.   Division One.   June 1, 1999.]

TINA VAN NOY, ET AL., *Appellants*, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-17363-4, Robert S. Lasnik, J., entered July 9, 1997. *Reversed* by unpublished opinion per Grosse, J., concurred in by Kennedy, C.J., and Ellington, J. Now published at 98 Wn. App. 487.

[No. 41257-4-I.   Division One.   June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. K.M.H., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-02671-9, Charles V. Johnson, J., entered August 6, 1997. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, C.J., and Coleman, J.